Adam D. Smith, Esq.
Nevada Bar No. 9690
Craig A. Henderson, Esq.
Nevada Bar No. 10077
ADAM SMITH LAW
2340 Paseo Del Prado, Suite D203
Las Vegas, Nevada 89102
T: (702) 929-2289
F: (702) 960-4454
adam@adamsmithlaw.com
craig@adamsmithlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE C. GOODRICH, individually,<br><br>Plaintiff,<br><br>v.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY dba USAA, a foreign entity; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-562<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO GARRISON PROPERTY AND CASUALTY COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION**<br>**(First Request)** |

Plaintiff Wayne C. Goodrich and Defendant Garrison Property and Casualty Insurance Company dba USAA, by and through their undersigned counsel of record, do hereby stipulate to extend the time for Plaintiff to file his response to Garrison Property and Casualty Company's Motion to Dismiss Plaintiff's Second, Third, and Fourth Cases of Action that was filed on December 3, 2018. This is the parties' first stipulation to extend the time for Plaintiff's response to Defendant's motion. Plaintiff intends to respond to the motion and needs an additional week of time to do so.

…

…

…

…

…

1

The parties, therefore, stipulate and agree that Plaintiff's response to Garrison Property and Casualty Company's Motion to Dismiss Plaintiff's Second, Third, and Fourth Cases of Action shall be due for filing on December 24, 2018.

| ADAM SMITH LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ *Craig A. Henderson* <br> Adam D. Smith, Esq. <br> Nevada Bar No. 9690 <br> Craig A. Hnderson, Esq. <br> Nevada Bar No. 10077 <br> 2340 Paseo Del Prado, Suite D203 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiff* | /s/ *Priscilla L. O'Briant* <br> Robert W. Freeman, Esq. <br> Nevada Bar No. 3062 <br> Priscilla L. O'Briant, Esq. <br> Nevada Bar No. 10171 <br> 6385 S. Rainbow Blvd., Ste. 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendant* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** December 17, 2018

