ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Garrison Property and Casualty Insurance Company dba USAA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE C. GOODRICH,<br><br>Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY dba USAA,<br><br>Defendant. | CASE NO. 3:18-cv-00562-MMD-CBC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Priscilla L. O'Briant, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY dba USAA, and Adam D. Smith, Esq. of ADAM SMITH LAW, counsel for Plaintiff WAYNE C. GOODRICH ("Plaintiff"), and pursuant to Local Rules 6-1 and 6-2, that:

The due date for Defendant's Reply to Plaintiff's Response (ECF No. 18) to Defendant's Motion to Dismiss (ECF No. 8), be extended from January 2, 2019 to January 9, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

4813-2521-5876.1

**Reason for the Extension:**

Counsel for Defendants will need additional time to research and address the issues raised in Plaintiff's Response. This is Defendants' and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 3rd day of January, 2019.     DATED this 3rd day of January, 2019.

ADAM SMITH LAW     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Craig A. Henderson     By: /s/ Priscilla L. O'Briant
ADAM D. SMITH, ESQ.     ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 009690     Nevada Bar No. 003062
CRAIG A. HENDERSON, ESQ.     PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010077     Nevada Bar No. 010171
2340 Paseo Del Prado, Ste. D203     6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89102     Las Vegas, Nevada 89118
*Attorney for Plaintiff*     *Attorneys for Defendant Clark County*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2019