ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Garrsion Property and Casualty Insurance Company dba USAA*


✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JAN -9 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| WAYNE C. GOODRICH, | CASE NO. 3:18-cv-00562-MMD-CBC |
| Plaintiff, | DEFENDANT GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR LEAVE TO ALLOW ITS COUNSEL TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE |
| vs. | |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY dba USAA, | |
| Defendant. | |

COMES NOW Defendant GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY ("Defendant" or "Garrison"), through its attorneys of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and moves the Court pursuant to ECF No. 14 for leave for the undersigned counsel to appear telephonically at the January 18, 2019 Case Management Conference before the Honorable Magistrate Judge Carla Baldwin Carry. The Case Management Conference is scheduled for 10:00 a.m. on January 18, 2019 in Reno, Nevada. (Id.).

In support of the instant motion, Defendant states as follows:

1. Counsel for both parties have been in communication regarding this matter, and worked together to file the Joint Case Management Conference Report on January 4, 2019. (ECF No. 23).

2. A telephonic appearance will not inhibit the undersigned counsel's ability to participate in the Case Management Conference fully, but it will enable Defendant to avoid

4843-5215-3221.1

excessive litigation costs associated with travel from Las Vegas (where the undersigned counsel's office is located) to Reno to attend a hearing at 10:00 a.m.

3. Counsel for Plaintiff has also moved to appear telephonically. (ECF No. 24).

Based on the foregoing, Defendant respectfully requests the Court grant its Motion for Leave to Allow Defendant's Counsel to Appear Telephonically at the Case Management Conference.

DATED this 8TH day of January, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Garrsion Property and Casualty Insurance Company dba USAA*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 1/9/2019